■
636 A.2d 515
IN RE NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PRO-
TECTION AND ENERGY AUTHORIZATION TO THE COUNTY
OF MONMOUTH TO ENCROACH THE TINTON FALLS HIS-
TORIC DISTRICT.

COUNTY OF MONMOUTH v. NEW JERSEY DEPARTMENT
OF ENVIRONMENTAL PROTECTION AND ENERGY.

October 13, 1993.

ORDER

Motions for leave to appeal and for a stay are granted, as
follows:

1.  Subject to the further provisions of this Order, the October
6, 1993, order of the Appellate Division is stayed pending the
disposition of the appeal in that court;

2.  The stay of the remand to the The New Jersey Historic
Sites Council is vacated, and the Council shall accelerate its
reconsideration of the Department's final Decision of November
30, 1992, by including the remand on the Council's October
agenda;

3.  The September 24, 1993, supplemental stop work order of
the Commissioner shall remain in effect pending appeal except for
those activities that can be completed without regard to the final
disposition of the appeal;  and it is further

ORDERED that the Appellate Division accelerate its consideration of the appeal.